UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YOLANDA DOBKINS,<br><br>    Respondent. | Case No. 17-cv-07342-SK<br><br>**ORDER TO SHOW CAUSE REGARDING ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS**<br><br>Regarding Docket No. 1 |

Before the Court is a Petition to Enforce Internal Revenue Service Summons. Good cause having been shown, the Court hereby ORDERS Respondent Yolanda Dobkins to appear before this Court on February 26, 2018 at 9:30 a.m. in Courtroom "A", Fifteenth Floor of the United States District Court, 450 Golden Gate Avenue, San Francisco, California, and show cause as to why Respondent should not be compelled to appear and provide documents and testimony as required by the summons previously served upon Respondent.

Plaintiff shall serve a copy of this Order to Show Cause, together with a copy of the Petition (Dkt. 1), upon Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure by no later than January 22, 2018. Respondent may file a written response to the Petition by February 5, 2018, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to make. Petitioner may file a reply to the response no later than February 12, 2018.

**IT IS SO ORDERED**.

Dated: January 3, 2018

SALLIE KIM
United States Magistrate Judge